IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIS A. BOWLES,** | : | |
| Petitioner | : | No. 1:25-cv-02116 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN FERNANDO GARZA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 26th day of November 2025, upon consideration of the petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Willis A. Bowles (Doc. No. 1), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DEEMED FILED**;

2. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk of Court shall **MAIL** a copy of this Order to Petitioner, see R. 4, 28 U.S.C. foll. § 2254; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania